IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 12-cv-03364-RBJ-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:  April 26, 2013 | Courtroom Deputy: Courtni Covington |

*Parties:*                                                      *Counsel:*

PHILLIP BJORKLUND,                                 Steven Hill, Jr.

    Plaintiff,

v.

BANK OF AMERICA NATIONAL ASSOCIATION,        Molly Ballard

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session: 9:57 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding [8] Defendant's Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P.12(b)(6).

**ORDERED:   Defendant's Oral Motion to Withdraw [8] Defendant's Bank of America, N.A.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Fed.R.Civ.P.12(b)(6) is GRANTED.**

Parties will file a Joint Motion to Administratively Close the Case on or before Monday, April 29, 2013.

Hearing Concluded.        **Court in recess: 9:59 a.m.**        Total time in court:    00:02

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.